■ DAVID SANDERS, Appellant, v JOHN DEFRANCESCO, Respondent. [716 NYS2d 867] —In an action, *inter alia,* to recover damages for personal injuries, the plaintiff appeals from a judgment of the Supreme Court, Rockland County (Weiner, J.), which, upon a jury verdict, is in favor of the defendant on the counterclaims and against him in the principal sum of $39,000.

Ordered that the judgment is affirmed, with costs.

Contrary to the plaintiff's contention, the jury's finding in favor of the defendant and against him was not against the weight of the evidence (see, *Nicastro v Park,* 113 AD2d 129).

The plaintiff's remaining contentions are without merit. Mangano, P. J., Ritter, S. Miller and H. Miller, JJ., concur.

■ JESSICA SAVITT, an Infant, by Her Mother and Natural Guardian, MARILYN SAVITT, et al., Respondents, v MARIA WENTE, Appellant. [716 NYS2d 867] —In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Queens County (Satterfield, J.), dated January 27, 2000, which denied her motion for summary judgment dismissing the complaint insofar as asserted on behalf of the infant plaintiff Jessica Savitt on the ground that the infant plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

In opposition to the defendant's motion for summary judgment, the plaintiffs submitted sufficient evidence in the form of a chiropractor's affidavit to raise a triable issue of fact as to whether the infant plaintiff sustained a serious injury within the meaning of Insurance Law § 5102 (d) (see, *LoPinto v Guzzo,* 274 AD2d 419; *Mulvey v Berman,* 271 AD2d 587; *Hernandez v Burkitt,* 271 AD2d 648). Mangano, P. J., S. Miller, McGinity, Luciano and Smith, JJ., concur.